# EXHIBIT A

# Aspen MLT Inc.

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STK469002 | ART OF ABRAHAM LINCOLN VAMPIRE | 5698 | ASPEN MLT INC | 4 | BOOKS - NOVELS/SF/HORROR | 1,270 |
| STK470305 | HOMECOMING #1 CVR B DEBALFO | 5698 | ASPEN MLT INC | 1 | COMICS | 949 |
| STL113308 | SOULFIRE TP VOL 01 RETURN OF T | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 861 |
| STL074488 | FATHOM TP VOL 06 TYPHOS AWAKEN | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 826 |
| STK468386 | EXECUTIVE ASSISTANT HIT LIST A | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 782 |
| STK520752 | J T KRUL LOST SPARK NOVEL | 5698 | ASPEN MLT INC | 4 | BOOKS - NOVELS/SF/HORROR | 756 |
| STL104091 | ASPEN MASCOTS TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 703 |
| STL060041 | SCOURGE TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 693 |
| STL079896 | DEAD MANS RUN TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 666 |
| STL070814 | MINDFIELD TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 643 |
| STK470308 | SOULFIRE VOL 4 #1 CVR B TURNER | 5698 | ASPEN MLT INC | 1 | COMICS | 633 |
| STK686849 | PSYCHO BONKERS TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 622 |
| STK523146 | LEGEND O/T SHADOWCLAN #1 (OF 5 | 5698 | ASPEN MLT INC | 1 | COMICS | 596 |
| STL082691 | FATHOM KIANI TP VOL 03 BLADE O | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 556 |
| STL134687 | IDOLIZED TP VOL 01 (BOOK MARKE | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 540 |
| STK470304 | HOMECOMING #1 CVR A TURNER | 5698 | ASPEN MLT INC | 1 | COMICS | 521 |
| STK431481 | SOULFIRE SHADOW MAGIC TP VOL 0 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 505 |
| STL079897 | MICHAEL TURNERS SOULFIRE TP VO | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 497 |
| STK421938 | DELLEC TP VOL 01 HANDS OF GOD | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 494 |
| STL072908 | SHRUGGED TP VOL 02 NEW THING T | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 466 |
| STL010617 | FATHOM TP VOL 05 COLD DESTINY | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 449 |
| STL003973 | FOUR POINTS TP VOL 01 HORSEMEN | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 447 |
| STL079898 | OVERTAKEN TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 438 |
| STL074487 | EXECUTIVE ASSISTANT IRIS TP VO | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 432 |
| STL036373 | MICHAEL TURNER SOULFIRE TP VOL | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 427 |
| STL088724 | ASPEN UNIVERSE DECIMATION TP V | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 413 |
| STK619020 | BUBBLEGUN #4 (OF 5) DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 413 |
| STK698968 | EXECUTIVE ASSISTANT ASSASSINS | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 407 |
| STK384590 | SHRUGGED TP VOL 01 A LITTLE PE | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 402 |
| STL074485 | BUBBLEGUN TP VOL 02 SEVERED LI | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 396 |
| STL064016 | EXECUTIVE ASSISTANT IRIS TP VO | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 391 |
| STK523143 | FATHOM TP BLUE DESCENT (RES) | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 391 |
| STL072903 | CHARISMAGIC TP VOL 02 GOLDEN R | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 390 |
| STL088725 | CHARISMAGIC DEATH PRINCESS TP | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 389 |
| STK693500 | FATHOM KIANI TP VOL 02 BLADE O | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 385 |
| STK696862 | FATHOM TP VOL 04 THE RIG | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 377 |
| STL120074 | FATHOM CANNON HAWKE TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 358 |
| STL074486 | EXECUTIVE ASSISTANT ASSASSINS | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 351 |
| STL014888 | MICHAEL TURNER SOULFIRE TP VOL | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 341 |
| STL111093 | EXECUTIVE ASSISTANT IRIS TP VO | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 338 |
| STK470309 | SOULFIRE VOL 4 #1 CVR C DARK G | 5698 | ASPEN MLT INC | 1 | COMICS | 338 |
| STL029640 | ETERNAL SOULFIRE TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 337 |
| STK646868 | FATHOM KILLIANS TIDE TP | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 335 |
| STL108490 | ASPEN COMICS 2019 YEAR AHEAD | 5698 | ASPEN MLT INC | 1 | COMICS | 320 |
| STL104094 | IDOLIZED TP VOL 01 (DIRECT MAR | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 314 |
| STL033420 | ASPEN UNIVERSE REVELATIONS TP | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 307 |
| STL083529 | FATHOM PRIMER 2018 | 5698 | ASPEN MLT INC | 1 | COMICS | 300 |
| STK631195 | ALL NEW SOULFIRE #4 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 298 |
| STL072904 | SHRUGGED PRIMER (ONE SHOT) | 5698 | ASPEN MLT INC | 1 | COMICS | 294 |
| STL013208 | HOMECOMING TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 288 |

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STK468385 | EXECUTIVE ASSISTANT IRIS TP VO | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 285 |
| STL074489 | LOLA XOXO TP VOL 02 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 275 |
| STK631190 | ALL NEW SOULFIRE #4 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 266 |
| STK427545 | MICHAEL TURNER SOULFIRE TP VOL | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 265 |
| STL045912 | DAMSELS IN EXCESS TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 262 |
| STK643744 | LOLA XOXO #4 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 260 |
| STL029637 | FATHOM BLUE TP VOL 01 | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 256 |
| STK655127 | SEVEN TO DIE PROSE NOVEL (C: 0 | 5698 | ASPEN MLT INC | 4 | BOOKS - NOVELS/SF/HORROR | 256 |
| STL051354 | FATHOM DAWN OF WAR TP (3RD PTG | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 255 |
| STL013207 | BUBBLEGUN TP VOL 01 HEIST JINK | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 254 |
| STL010619 | MICHAEL TURNER SOULFIRE TP VOL | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 251 |
| STK631189 | ALL NEW SOULFIRE #4 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 246 |
| STK631194 | ALL NEW SOULFIRE #4 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 244 |
| STK520747 | SOULFIRE VOL 4 #5 CVR C DEBALF | 5698 | ASPEN MLT INC | 1 | COMICS | 227 |
| STK520744 | SOULFIRE VOL 4 #5 CVR A DEBALF | 5698 | ASPEN MLT INC | 1 | COMICS | 226 |
| STK624436 | TRISH OUT OF WATER #2 DIRECT M | 5698 | ASPEN MLT INC | 1 | COMICS | 223 |
| STL074816 | JIRNI PRIMER ONE SHOT | 5698 | ASPEN MLT INC | 1 | COMICS | 222 |
| STL182040 | MICHAEL TURNER CREATIONS SC | 5698 | ASPEN MLT INC | 4 | BOOKS - NOVELS/SF/HORROR | 209 |
| STK516811 | MICHAEL TURNER SOULFIRE TP VOL | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 206 |
| STK529075 | CHARISMAGIC VOL 2 #1 (OF 6) DI | 5698 | ASPEN MLT INC | 1 | COMICS | 201 |
| STL051356 | JIRNI TP VOL 02 NEW HORIZONS | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 200 |
| STK616930 | BUBBLEGUN #3 (OF 5) DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 195 |
| STK516806 | HOMECOMING #4 CVR B RANDOLPH | 5698 | ASPEN MLT INC | 1 | COMICS | 191 |
| STK668313 | ZOOHUNTERS #4 CVR A STEIGERWAL | 5698 | ASPEN MLT INC | 1 | COMICS | 185 |
| STK529170 | CHARISMAGIC TP VOL 01 VANISHIN | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 184 |
| STL102281 | ARTIFACT ONE #3 CVR A MORANELL | 5698 | ASPEN MLT INC | 1 | COMICS | 184 |
| STK643602 | LOLA XOXO #4 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 179 |
| STL080283 | SHRUGGED VOL 3 #4 (OF 6) CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 177 |
| STK470307 | SOULFIRE VOL 4 #1 CVR A DEBALF | 5698 | ASPEN MLT INC | 1 | COMICS | 176 |
| STK520746 | SOULFIRE VOL 4 #5 CVR B MHAN | 5698 | ASPEN MLT INC | 1 | COMICS | 175 |
| STL102282 | ARTIFACT ONE #3 CVR B MAVINGA | 5698 | ASPEN MLT INC | 1 | COMICS | 166 |
| STL122724 | LOLA XOXO VOL 3 #1 CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 162 |
| STK639755 | JIRNI TP VOL 01 SHADOWS & DUST | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 161 |
| STK516805 | HOMECOMING #4 CVR A LASIO | 5698 | ASPEN MLT INC | 1 | COMICS | 157 |
| STK523150 | LEGEND O/T SHADOWCLAN #1 (OF 5 | 5698 | ASPEN MLT INC | 1 | COMICS | 157 |
| STK636114 | FATHOM KIANI VOL 3 #2 DIRECT M | 5698 | ASPEN MLT INC | 1 | COMICS | 156 |
| STK646862 | LOLA XOXO #5 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 138 |
| STK470306 | HOMECOMING #1 CVR C TURNER SKE | 5698 | ASPEN MLT INC | 1 | COMICS | 135 |
| STK679801 | ETERNAL SOULFIRE #2 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 124 |
| STK618925 | ALL NEW EXECUTIVE ASSISTANT IR | 5698 | ASPEN MLT INC | 1 | COMICS | 124 |
| STL072905 | SHRUGGED VOL 3 #1 (OF 6) CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 124 |
| STK626797 | ALL NEW EXECUTIVE ASSISTANT IR | 5698 | ASPEN MLT INC | 1 | COMICS | 122 |
| STK529165 | EXECUTIVE ASSISTANT ASSASSINS | 5698 | ASPEN MLT INC | 1 | COMICS | 121 |
| STK526557 | SHRUGGED VOL 2 #2 (OF 6) ASPEN | 5698 | ASPEN MLT INC | 1 | COMICS | 117 |
| STK665563 | LOLA XOXO WASTELAND MADAM #1 D | 5698 | ASPEN MLT INC | 1 | COMICS | 115 |
| STL027090 | EXECUTIVE ASSISTANT IRIS COLOR | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 113 |
| STK670905 | LOLA XOXO WASTELAND MADAM #3 D | 5698 | ASPEN MLT INC | 1 | COMICS | 113 |
| STL007583 | LEGENDS OF OZ TIK TOK AND KALI | 5698 | ASPEN MLT INC | 1 | COMICS | 113 |
| STK529161 | LEGEND O/T SHADOWCLAN #4 (OF 5 | 5698 | ASPEN MLT INC | 1 | COMICS | 111 |
| STK670903 | SHAHRAZAD #2 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 109 |
| STK687791 | JIRNI VOL 2 #4 CVR A MARION | 5698 | ASPEN MLT INC | 1 | COMICS | 108 |
| STL083544 | AWAKEN SKIES #0 CVR A LORENZAN | 5698 | ASPEN MLT INC | 1 | COMICS | 107 |
| STL129758 | LOLA XOXO VOL 3 #3 CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 107 |
| STK472574 | EXECUTIVE ASSISTANT ASSASSINS | 5698 | ASPEN MLT INC | 1 | COMICS | 106 |
| STK529163 | LEGEND O/T SHADOWCLAN #4 (OF 5 | 5698 | ASPEN MLT INC | 1 | COMICS | 106 |
| STK676796 | FOUR POINTS #4 DIRECT MARKET C | 5698 | ASPEN MLT INC | 1 | COMICS | 106 |
| STK676799 | FOUR POINTS #4 DIRECT MARKET C | 5698 | ASPEN MLT INC | 1 | COMICS | 106 |

56216744.1 09/08/2025

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STK676800 | FOUR POINTS #4 DIRECT MARKET C | 5698 | ASPEN MLT INC | 1 | COMICS | 105 |
| STL133788 | LOLA XOXO VOL 3 #4 CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 105 |
| STL072906 | SHRUGGED VOL 3 #1 (OF 6) CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 103 |
| STL043084 | SOULFIRE #3 CVR B LORENZANA | 5698 | ASPEN MLT INC | 1 | COMICS | 102 |
| STL089175 | DISSENSION WAR ETERNAL #2 CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 102 |
| STK628964 | ALL NEW SOULFIRE #3 ASPEN RESE | 5698 | ASPEN MLT INC | 1 | COMICS | 101 |
| STL001814 | MICHAEL TURNER ART EDITION #0 | 5698 | ASPEN MLT INC | 1 | COMICS | 101 |
| STL092224 | FATHOM VOL 7 #4 CVR A OUM | 5698 | ASPEN MLT INC | 1 | COMICS | 98 |
| STK468361 | SOULFIRE POWER #1 CVR B RANDOL | 5698 | ASPEN MLT INC | 1 | COMICS | 98 |
| STL195287 | FATHOM REPRINT EDITION #1 CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 97 |
| STK611613 | LEGEND O/T SHADOWCLAN #5 (OF 5 | 5698 | ASPEN MLT INC | 1 | COMICS | 97 |
| STK670914 | LOLA XOXO WASTELAND MADAM #3 D | 5698 | ASPEN MLT INC | 1 | COMICS | 97 |
| STK466356 | DEAD MANS RUN #5 CVR A PARKER | 5698 | ASPEN MLT INC | 1 | COMICS | 96 |
| STK516807 | HOMECOMING #4 CVR C LASIO YEAR | 5698 | ASPEN MLT INC | 1 | COMICS | 96 |
| STK529169 | SOULFIRE VOL 4 #7 CVR B QUALAN | 5698 | ASPEN MLT INC | 1 | COMICS | 96 |
| STK681658 | CRITTER #3 DIRECT MARKET CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 95 |
| STK680005 | CRITTER #2 DIRECT MARKET CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 95 |
| STK526568 | LEGEND O/T SHADOWCLAN #3 (OF 5 | 5698 | ASPEN MLT INC | 1 | COMICS | 95 |
| STK525177 | EXECUTIVE ASSISTANT IRIS VOL 3 | 5698 | ASPEN MLT INC | 1 | COMICS | 95 |
| STK468381 | DEAD MANS RUN #6 | 5698 | ASPEN MLT INC | 1 | COMICS | 95 |
| STK668298 | SHAHRAZAD #1 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 95 |
| STK529159 | LEGEND O/T SHADOWCLAN #4 (OF 5 | 5698 | ASPEN MLT INC | 1 | COMICS | 94 |
| STL039978 | SOULFIRE #2 CVR B MARION | 5698 | ASPEN MLT INC | 1 | COMICS | 94 |
| STL074786 | SHRUGGED VOL 3 #2 (OF 6) CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 94 |
| STL113307 | FATHOM TP VOL 01 WORLD BELOW S | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 93 |
| STK680002 | ETERNAL SOULFIRE #2 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 92 |
| STK631187 | ALL NEW FATHOM #8 (OF 8) DIREC | 5698 | ASPEN MLT INC | 1 | COMICS | 92 |
| STK652658 | ZOOHUNTERS #1 DIRECT MARKET CV | 5698 | ASPEN MLT INC | 1 | COMICS | 92 |
| STK526610 | EXECUTIVE ASSISTANT ASSASSINS | 5698 | ASPEN MLT INC | 1 | COMICS | 91 |
| STK621213 | OVERTAKEN #3 (OF 5) CVR B (RES | 5698 | ASPEN MLT INC | 1 | COMICS | 90 |
| STL074672 | SHRUGGED VOL 3 #2 (OF 6) CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 90 |
| STK680022 | SHAHRAZAD #5 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 89 |
| STK618955 | OVERTAKEN #2 (OF 5) CVR A LORE | 5698 | ASPEN MLT INC | 1 | COMICS | 88 |
| STL045927 | ALL NEW SOULFIRE #4 CVR D GREE | 5698 | ASPEN MLT INC | 1 | COMICS | 88 |
| STK624449 | ALL NEW FATHOM #5 (OF 8) DIREC | 5698 | ASPEN MLT INC | 1 | COMICS | 87 |
| STK614325 | SHRUGGED VOL 2 #5 (OF 6) CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 85 |
| STK616932 | BUBBLEGUN #3 (OF 5) ASPEN RESE | 5698 | ASPEN MLT INC | 1 | COMICS | 84 |
| STK631188 | ALL NEW FATHOM #8 (OF 8) DIREC | 5698 | ASPEN MLT INC | 1 | COMICS | 84 |
| STK693494 | LEGEND OF OZ WICKED WEST #4 CV | 5698 | ASPEN MLT INC | 1 | COMICS | 84 |
| STL043141 | ALL NEW FATHOM #4 CVR A RENNA | 5698 | ASPEN MLT INC | 1 | COMICS | 84 |
| STL043145 | ALL NEW FATHOM #4 CVR D GRACE | 5698 | ASPEN MLT INC | 1 | COMICS | 82 |
| STL045929 | ALL NEW FATHOM #5 CVR A RENNA | 5698 | ASPEN MLT INC | 1 | COMICS | 81 |
| STL050174 | NO WORLD #4 CVR B PARKER | 5698 | ASPEN MLT INC | 1 | COMICS | 80 |
| STK662902 | FATHOM KIANI VOL 4 #1 DIRECT M | 5698 | ASPEN MLT INC | 1 | COMICS | 80 |
| STK618961 | OVERTAKEN #2 (OF 5) CVR B KONA | 5698 | ASPEN MLT INC | 1 | COMICS | 80 |
| STL010606 | ASPEN UNIVERSE REVELATIONS #1 | 5698 | ASPEN MLT INC | 1 | COMICS | 80 |
| STL053179 | ALL NEW FATHOM #7 CVR A RENNA | 5698 | ASPEN MLT INC | 1 | COMICS | 79 |
| STK680004 | CRITTER #2 DIRECT MARKET CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 78 |
| STK681655 | CRITTER #3 DIRECT MARKET CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 78 |
| STK470282 | EXECUTIVE ASSISTANT ASSASSINS | 5698 | ASPEN MLT INC | 1 | COMICS | 78 |
| STL013177 | ASPEN UNIVERSE REVELATIONS #2 | 5698 | ASPEN MLT INC | 1 | COMICS | 78 |
| STK684694 | ETERNAL SOULFIRE #4 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 76 |
| STL085472 | SOULFIRE VOL 7 #1 CVR A LADJOU | 5698 | ASPEN MLT INC | 1 | COMICS | 75 |
| STK687871 | FATHOM BLUE #6 CVR A LORENZANA | 5698 | ASPEN MLT INC | 1 | COMICS | 75 |
| STK684696 | CRITTER #4 DIRECT MARKET CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 75 |
| STL649625 | LOLA XOXO #6 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 75 |
| STL050173 | NO WORLD #4 CVR A GUNDERSON | 5698 | ASPEN MLT INC | 1 | COMICS | 74 |

3

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL056494 | ALL NEW FATHOM #8 CVR A RENNA | 5698 | ASPEN MLT INC | 1 | COMICS | 74 |
| STK676803 | SHAHRAZAD #4 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 73 |
| STL045922 | NO WORLD #3 CVR B RENNA | 5698 | ASPEN MLT INC | 1 | COMICS | 72 |
| STK626802 | ALL NEW EXECUTIVE ASSISTANT IR | 5698 | ASPEN MLT INC | 1 | COMICS | 72 |
| STK472583 | SOULFIRE VOL 4 #2 CVR B PARKER | 5698 | ASPEN MLT INC | 1 | COMICS | 71 |
| STK673756 | LOLA XOXO WASTELAND MADAM #4 D | 5698 | ASPEN MLT INC | 1 | COMICS | 71 |
| STK626792 | TRISH OUT OF WATER #3 DIRECT M | 5698 | ASPEN MLT INC | 1 | COMICS | 70 |
| STK472580 | IDOLIZED #2 CVR B PHOTO | 5698 | ASPEN MLT INC | 1 | COMICS | 69 |
| STK643601 | LOLA XOXO #4 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 69 |
| STK673751 | SHAHRAZAD #3 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 69 |
| STK614318 | SHRUGGED VOL 2 #5 (OF 6) CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 68 |
| STL205054 | FATHOM THE CORE #1 CVR A KONAT | 5698 | ASPEN MLT INC | 1 | COMICS | 67 |
| STK684695 | CRITTER #4 DIRECT MARKET CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 67 |
| STK662900 | FATHOM KIANI VOL 4 #1 DIRECT M | 5698 | ASPEN MLT INC | 1 | COMICS | 67 |
| STL083555 | JIRNI VOLUME 3 #4 CVR B MARION | 5698 | ASPEN MLT INC | 1 | COMICS | 67 |
| STL050177 | NO WORLD #4 CVR D TO | 5698 | ASPEN MLT INC | 1 | COMICS | 66 |
| STL129757 | FATHOM VOL 8 #5 CVR C RETAILER | 5698 | ASPEN MLT INC | 1 | COMICS | 66 |
| STL056495 | ALL NEW FATHOM #8 CVR B DROUHA | 5698 | ASPEN MLT INC | 1 | COMICS | 65 |
| STL076862 | SHRUGGED VOL 3 #3 (OF 6) CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 65 |
| STK529154 | SHRUGGED VOL 2 #3 (OF 6) ASPEN | 5698 | ASPEN MLT INC | 1 | COMICS | 64 |
| STK696864 | LEGEND OF OZ WICKED WEST #5 CV | 5698 | ASPEN MLT INC | 1 | COMICS | 64 |
| STL050180 | ALL NEW SOULFIRE #5 CVR A CAFA | 5698 | ASPEN MLT INC | 1 | COMICS | 64 |
| STK621210 | OVERTAKEN #3 (OF 5) CVR A (RES | 5698 | ASPEN MLT INC | 1 | COMICS | 63 |
| STL053158 | NO WORLD #5 CVR A GUNDERSON | 5698 | ASPEN MLT INC | 1 | COMICS | 62 |
| STL080284 | SHRUGGED VOL 3 #4 (OF 6) CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 61 |
| STL242963 | SOULFIRE CORE #1 CVR A KONAT | 5698 | ASPEN MLT INC | 1 | COMICS | 60 |
| STL076865 | SHRUGGED VOL 3 #3 (OF 6) CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 60 |
| STL050176 | NO WORLD #4 CVR C ARCHER | 5698 | ASPEN MLT INC | 1 | COMICS | 59 |
| STL208657 | FATHOM THE CORE #2 CVR A KONAT | 5698 | ASPEN MLT INC | 1 | COMICS | 59 |
| STL043143 | ALL NEW FATHOM #4 CVR B ABEL | 5698 | ASPEN MLT INC | 1 | COMICS | 59 |
| STK475033 | HOMECOMING #3 CVR B SMITH | 5698 | ASPEN MLT INC | 1 | COMICS | 58 |
| STK639742 | ALL NEW SOULFIRE #7 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 58 |
| STK673755 | LOLA XOXO WASTELAND MADAM #4 D | 5698 | ASPEN MLT INC | 1 | COMICS | 58 |
| STL102294 | SOULFIRE VOL 7 #6 CVR B ARIZME | 5698 | ASPEN MLT INC | 1 | COMICS | 57 |
| STL076864 | JIRNI VOLUME 3 #2 CVR B MARION | 5698 | ASPEN MLT INC | 1 | COMICS | 57 |
| STK614315 | JIRNI #4 (OF 5) DIRECT MARKET | 5698 | ASPEN MLT INC | 1 | COMICS | 57 |
| STK619022 | CHARISMAGIC VOL 2 #5 (OF 6) DI | 5698 | ASPEN MLT INC | 1 | COMICS | 57 |
| STL053159 | NO WORLD #5 CVR B TOVAR | 5698 | ASPEN MLT INC | 1 | COMICS | 56 |
| STK636111 | ALL NEW SOULFIRE #6 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 56 |
| STL102293 | SOULFIRE VOL 7 #6 CVR A LADJOU | 5698 | ASPEN MLT INC | 1 | COMICS | 55 |
| STK639748 | LOLA XOXO #2 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 55 |
| STL053051 | BUBBLEGUN VOL 2 #4 CVR D | 5698 | ASPEN MLT INC | 1 | COMICS | 55 |
| STL056486 | NO WORLD #6 CVR A GUNDERSON | 5698 | ASPEN MLT INC | 1 | COMICS | 54 |
| STL064052 | LOLA XOXO VOL 2 #5 CVR B ABEL | 5698 | ASPEN MLT INC | 1 | COMICS | 54 |
| STK611617 | LEGEND O/T SHADOWCLAN #5 (OF 5 | 5698 | ASPEN MLT INC | 1 | COMICS | 54 |
| STK466357 | DEAD MANS RUN #5 CVR B OUM | 5698 | ASPEN MLT INC | 1 | COMICS | 53 |
| STK617055 | SOULFIRE VOL 4 #8 CVR B CAFARO | 5698 | ASPEN MLT INC | 1 | COMICS | 53 |
| STK628970 | TRISH OUT OF WATER #4 DIRECT M | 5698 | ASPEN MLT INC | 1 | COMICS | 53 |
| STK676802 | SHAHRAZAD #4 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 53 |
| STL056492 | ALL NEW SOULFIRE #7 CVR B CAST | 5698 | ASPEN MLT INC | 1 | COMICS | 53 |
| STL039894 | NO WORLD #1 CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 52 |
| STK646857 | DAMSELS IN EXCESS #2 12 COPY I | 5698 | ASPEN MLT INC | 1 | COMICS | 51 |
| STK673746 | PSYCHO BONKERS #2 (OF 5) DIREC | 5698 | ASPEN MLT INC | 1 | COMICS | 51 |
| STL056489 | NO WORLD #6 CVR B TRAN | 5698 | ASPEN MLT INC | 1 | COMICS | 50 |
| STK468364 | SOULFIRE GRACE #1 CVR B QUALAN | 5698 | ASPEN MLT INC | 1 | COMICS | 50 |
| STK617048 | SHRUGGED VOL 2 #6 (OF 6) CVR A | 5698 | ASPEN MLT INC | 1 | COMICS | 50 |
| STK621231 | EXECUTIVE ASSISTANT ASSASSINS | 5698 | ASPEN MLT INC | 1 | COMICS | 50 |

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STK673752 | SHAHRAZAD #3 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 50 |
| STK680020 | FOUR POINTS #5 10 COPY INCV (N | 5698 | ASPEN MLT INC | 1 | COMICS | 50 |
| STL133789 | LOLA XOXO VOL 3 #4 CVR B MARIA | 5698 | ASPEN MLT INC | 1 | COMICS | 49 |
| STL111234 | ASPEN VISIONS SOULFIRE HEART O | 5698 | ASPEN MLT INC | 1 | COMICS | 48 |
| STL096545 | DISSENSION WAR ETERNAL #4 CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 46 |
| STK614306 | CHARISMAGIC VOL 2 #3 (OF 6) DI | 5698 | ASPEN MLT INC | 1 | COMICS | 45 |
| STK626794 | TRISH OUT OF WATER #3 ASPEN RE | 5698 | ASPEN MLT INC | 1 | COMICS | 44 |
| STK628971 | TRISH OUT OF WATER #4 DIRECT M | 5698 | ASPEN MLT INC | 1 | COMICS | 44 |
| STK617049 | SHRUGGED VOL 2 #6 (OF 6) CVR B | 5698 | ASPEN MLT INC | 1 | COMICS | 43 |
| STK628969 | TRISH OUT OF WATER #4 DIRECT M | 5698 | ASPEN MLT INC | 1 | COMICS | 43 |
| STL104911 | SOULFIRE VOL 7 #7 CVR A LADJOU | 5698 | ASPEN MLT INC | 1 | COMICS | 41 |
| STK657881 | FATHOM SOURCEBOOK #1 DIRECT MA | 5698 | ASPEN MLT INC | 1 | COMICS | 41 |
| STK398175 | DELLEC #2 GUNNELL SKETCH ED IN | 5698 | ASPEN MLT INC | 1 | COMICS | 41 |
| STK634347 | ALL NEW SOULFIRE #5 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 41 |
| STK475032 | HOMECOMING #3 CVR A LASIO | 5698 | ASPEN MLT INC | 1 | COMICS | 40 |
| STL072740 | PORTAL BOUND #0 (OF 5) CVR A A | 5698 | ASPEN MLT INC | 1 | COMICS | 40 |
| STL111233 | ASPEN VISIONS SOULFIRE HEART O | 5698 | ASPEN MLT INC | 1 | COMICS | 40 |
| STK617054 | SOULFIRE VOL 4 #8 CVR A DEBALF | 5698 | ASPEN MLT INC | 1 | COMICS | 40 |
| STL102288 | FATHOM VOL 7 #7 CVR A OUM | 5698 | ASPEN MLT INC | 1 | COMICS | 39 |
| STK611638 | FATHOM ELITE SAGA #2 CVR B CAL | 5698 | ASPEN MLT INC | 1 | COMICS | 39 |
| STL076965 | PORTAL BOUND #1 (OF 5) CVR A A | 5698 | ASPEN MLT INC | 1 | COMICS | 39 |
| STK670894 | PSYCHO BONKERS #1 (OF 5) 10 CO | 5698 | ASPEN MLT INC | 1 | COMICS | 39 |
| STK684627 | LEGEND OF OZ WICKED WEST #1 8 | 5698 | ASPEN MLT INC | 1 | COMICS | 39 |
| STL045931 | ALL NEW FATHOM #5 10 COPY INCV | 5698 | ASPEN MLT INC | 1 | COMICS | 39 |
| STL108491 | ASPEN VISIONS FATHOM SPINNING | 5698 | ASPEN MLT INC | 1 | COMICS | 38 |
| STL089214 | ARTIFACT ONE #0 CVR A MORANELL | 5698 | ASPEN MLT INC | 1 | COMICS | 38 |
| STK690646 | LEGEND OF OZ WICKED WEST #3 CV | 5698 | ASPEN MLT INC | 1 | COMICS | 38 |
| STL067021 | ASPEN UNIVERSE DECIMATION #3 1 | 5698 | ASPEN MLT INC | 1 | COMICS | 37 |
| STK642072 | LOLA XOXO #3 8 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 37 |
| STL092219 | DISSENSION WAR ETERNAL #3 CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 36 |
| STL089180 | FATHOM VOL 7 #3 CVR B MORANELL | 5698 | ASPEN MLT INC | 1 | COMICS | 35 |
| STK529167 | SOULFIRE VOL 4 #7 CVR A KONAT | 5698 | ASPEN MLT INC | 1 | COMICS | 34 |
| STL045928 | ALL NEW SOULFIRE #4 12 COPY IN | 5698 | ASPEN MLT INC | 1 | COMICS | 34 |
| STL053160 | NO WORLD #5 10 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 34 |
| STK628967 | ALL NEW SOULFIRE #3 INCV SKETC | 5698 | ASPEN MLT INC | 1 | COMICS | 33 |
| STL036333 | SOULFIRE #1 CVR B KIRKHAM | 5698 | ASPEN MLT INC | 1 | COMICS | 33 |
| STL043052 | NO WORLD #2 10 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 33 |
| STL108501 | SPIDER-MEN II #1 VAR CVR A MIC | 5698 | ASPEN MLT INC | 1 | COMICS | 31 |
| STK475039 | SOULFIRE VOL 4 #3 CVR B TORQUE | 5698 | ASPEN MLT INC | 1 | COMICS | 31 |
| STK680003 | ETERNAL SOULFIRE #2 12 COPY IN | 5698 | ASPEN MLT INC | 1 | COMICS | 31 |
| STL072907 | SHRUGGED VOL 3 #1 (OF 6) 10 CO | 5698 | ASPEN MLT INC | 1 | COMICS | 31 |
| STL080282 | PORTAL BOUND #2 (OF 5) CVR B A | 5698 | ASPEN MLT INC | 1 | COMICS | 30 |
| STL085466 | PORTAL BOUND #4 (OF 5) CVR B A | 5698 | ASPEN MLT INC | 1 | COMICS | 30 |
| STK670896 | FOUR POINTS #2 DIRECT MARKET C | 5698 | ASPEN MLT INC | 1 | COMICS | 30 |
| STL072781 | PORTAL BOUND #0 (OF 5) CVR B A | 5698 | ASPEN MLT INC | 1 | COMICS | 30 |
| STL074833 | JIRNI VOLUME 3 #1 10 COPY INCV | 5698 | ASPEN MLT INC | 1 | COMICS | 30 |
| STK529162 | LEGEND O/T SHADOWCLAN #4 (OF 5 | 5698 | ASPEN MLT INC | 1 | COMICS | 29 |
| STK680000 | JIRNI VOL 2 #1 20 COPY INCV (N | 5698 | ASPEN MLT INC | 1 | COMICS | 29 |
| STK698965 | LEGEND OF OZ WICKED WEST #6 CV | 5698 | ASPEN MLT INC | 1 | COMICS | 29 |
| STK628965 | ALL NEW SOULFIRE #3 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 28 |
| STK634348 | ALL NEW SOULFIRE #5 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 28 |
| STL043146 | ALL NEW FATHOM #4 12 COPY INCV | 5698 | ASPEN MLT INC | 1 | COMICS | 28 |
| STL050178 | NO WORLD #4 12 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 28 |
| STL089179 | FATHOM VOL 7 #3 CVR A OUM | 5698 | ASPEN MLT INC | 1 | COMICS | 27 |
| STL050192 | ALL NEW FATHOM #6 10 COPY INCV | 5698 | ASPEN MLT INC | 1 | COMICS | 27 |
| STK670891 | PSYCHO BONKERS #1 (OF 5) DIREC | 5698 | ASPEN MLT INC | 1 | COMICS | 25 |
| STK475037 | IDOLIZED #3 CVR C ALT GRANT IN | 5698 | ASPEN MLT INC | 1 | COMICS | 25 |

5

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STK525094 | SHRUGGED VOL 2 #1 (OF 6) S/N I | 5698 | ASPEN MLT INC | 1 | COMICS | 25 |
| STK668287 | FOUR POINTS #1 20 COPY INCV (N | 5698 | ASPEN MLT INC | 1 | COMICS | 25 |
| STK680009 | FATHOM BLUE #3 12 COPY INCV (N | 5698 | ASPEN MLT INC | 1 | COMICS | 25 |
| STK684697 | CRITTER #4 8 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 25 |
| STK660469 | ZOOHUNTERS #3 DIRECT MARKET CV | 5698 | ASPEN MLT INC | 1 | COMICS | 25 |
| STK696863 | LEGEND OF OZ WICKED WEST #5 CV | 5698 | ASPEN MLT INC | 1 | COMICS | 25 |
| STL053181 | ALL NEW FATHOM #7 10 COPY INCV | 5698 | ASPEN MLT INC | 1 | COMICS | 25 |
| STK618970 | OVERTAKEN #2 (OF 5) 8 COPY INC | 5698 | ASPEN MLT INC | 1 | COMICS | 24 |
| STL060040 | ALL NEW SOULFIRE #8 10 COPY IN | 5698 | ASPEN MLT INC | 1 | COMICS | 24 |
| STK660470 | ZOOHUNTERS #3 10 COPY INCV (NE | 5698 | ASPEN MLT INC | 1 | COMICS | 23 |
| STK529156 | SHRUGGED VOL 2 #3 (OF 6) INCV | 5698 | ASPEN MLT INC | 1 | COMICS | 22 |
| STK681644 | JIRNI VOL 2 #2 12 COPY INCV (N | 5698 | ASPEN MLT INC | 1 | COMICS | 22 |
| STK690636 | LEGEND OF OZ WICKED WEST #3 CV | 5698 | ASPEN MLT INC | 1 | COMICS | 22 |
| STL043085 | SOULFIRE #3 10 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 22 |
| STK652646 | DAMSELS IN EXCESS #4 10 COPY I | 5698 | ASPEN MLT INC | 1 | COMICS | 21 |
| STK470283 | EXECUTIVE ASSISTANT ASSASSINS | 5698 | ASPEN MLT INC | 1 | COMICS | 21 |
| STK614314 | JIRNI #4 (OF 5) DIRECT MARKET | 5698 | ASPEN MLT INC | 1 | COMICS | 21 |
| STK614313 | JIRNI #4 (OF 5) DIRECT MARKET | 5698 | ASPEN MLT INC | 1 | COMICS | 21 |
| STK686848 | LOLA XOXO WASTELAND MADAM TP V | 5698 | ASPEN MLT INC | 3 | BOOKS - GRAPHIC NOVELS | 20 |
| STK466360 | FATHOM VOL 4 #7 CVR C KONAT SK | 5698 | ASPEN MLT INC | 1 | COMICS | 20 |
| STL036370 | ALL NEW FATHOM #2 10 COPY INCV | 5698 | ASPEN MLT INC | 1 | COMICS | 20 |
| STK643600 | LOLA XOXO #4 12 COPY INCV (NET | 5698 | ASPEN MLT INC | 1 | COMICS | 19 |
| STK684652 | JIRNI VOL 2 #3 12 COPY INCV (N | 5698 | ASPEN MLT INC | 1 | COMICS | 19 |
| STK693497 | LEGEND OF OZ WICKED WEST #4 8 | 5698 | ASPEN MLT INC | 1 | COMICS | 19 |
| STL056493 | ALL NEW SOULFIRE #7 10 COPY IN | 5698 | ASPEN MLT INC | 1 | COMICS | 19 |
| STK611596 | CHARISMAGIC VOL 2 #2 (OF 6) IN | 5698 | ASPEN MLT INC | 1 | COMICS | 18 |
| STL129761 | SOULFIRE VOL 8 #4 CVR A FORTE | 5698 | ASPEN MLT INC | 1 | COMICS | 18 |
| STL142628 | BLACK CAT #2 CVR A TURNER | 5698 | ASPEN MLT INC | 1 | COMICS | 17 |
| STK698963 | LEGEND OF OZ WICKED WEST #6 CV | 5698 | ASPEN MLT INC | 1 | COMICS | 17 |
| STK643747 | DAMSELS IN EXCESS #1 15 COPY I | 5698 | ASPEN MLT INC | 1 | COMICS | 16 |
| STK464088 | CHARISMAGIC #6 CVR C TAN INCV | 5698 | ASPEN MLT INC | 1 | COMICS | 16 |
| STK611607 | JIRNI #3 (OF 5) INCV S/N (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 16 |
| STK670893 | PSYCHO BONKERS #1 (OF 5) DIREC | 5698 | ASPEN MLT INC | 1 | COMICS | 15 |
| STK676794 | PSYCHO BONKERS #3 (OF 5) DIREC | 5698 | ASPEN MLT INC | 1 | COMICS | 15 |
| STK639750 | JIRNI VOL 2 #1 DIRECT MARKET C | 5698 | ASPEN MLT INC | 1 | COMICS | 15 |
| STK643743 | LOLA XOXO #4 DIRECT MARKET CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 15 |
| STL045923 | NO WORLD #3 10 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 15 |
| STL157701 | DEAD MANS RUN #0 NYCC 2011 | 5698 | ASPEN MLT INC | 1 | COMICS | 15 |
| STK676804 | SHAHRAZAD #4 8 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 14 |
| STK684704 | FATHOM BLUE #5 8 COPY INCV (NE | 5698 | ASPEN MLT INC | 1 | COMICS | 13 |
| STK614309 | CHARISMAGIC VOL 2 #3 (OF 6) IN | 5698 | ASPEN MLT INC | 1 | COMICS | 12 |
| STK673750 | FOUR POINTS #3 10 COPY INCV (N | 5698 | ASPEN MLT INC | 1 | COMICS | 12 |
| STK636110 | ALL NEW SOULFIRE #6 DIRECT MAR | 5698 | ASPEN MLT INC | 1 | COMICS | 11 |
| STL056496 | ALL NEW FATHOM #8 10 COPY INCV | 5698 | ASPEN MLT INC | 1 | COMICS | 11 |
| STK680012 | PSYCHO BONKERS #4 (OF 5) DIREC | 5698 | ASPEN MLT INC | 1 | COMICS | 10 |
| STK680013 | PSYCHO BONKERS #4 (OF 5) DIREC | 5698 | ASPEN MLT INC | 1 | COMICS | 10 |
| STK680014 | PSYCHO BONKERS #4 (OF 5) DIREC | 5698 | ASPEN MLT INC | 1 | COMICS | 10 |
| STL092235 | DELLEC VOL 2 #1 CVR C BARRIOS | 5698 | ASPEN MLT INC | 1 | COMICS | 10 |
| STK655114 | DAMSELS IN EXCESS #5 10 COPY I | 5698 | ASPEN MLT INC | 1 | COMICS | 9 |
| STL162720 | TRISH OUT OF WATER #1 CVR F NY | 5698 | ASPEN MLT INC | 1 | COMICS | 9 |
| STK670904 | SHAHRAZAD #2 8 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 8 |
| STK681659 | CRITTER #3 8 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 8 |
| STK679951 | JIRNI VOL 2 #1 12 COPY INCV (N | 5698 | ASPEN MLT INC | 1 | COMICS | 7 |
| STL157700 | SCOURGE #1 CANADIAN COMIC EXPO | 5698 | ASPEN MLT INC | 1 | COMICS | 7 |
| STL154681 | SHRUGGED VOL 1 #2 WW CHICAGO 2 | 5698 | ASPEN MLT INC | 1 | COMICS | 7 |
| STL117896 | BATMAN #50 MICHAEL TURNER CVR | 5698 | ASPEN MLT INC | 1 | COMICS | 6 |
| STK673747 | PSYCHO BONKERS #2 (OF 5) 10 CO | 5698 | ASPEN MLT INC | 1 | COMICS | 6 |

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL050184 | ALL NEW SOULFIRE #5 10 COPY IN | 5698 | ASPEN MLT INC | 1 | COMICS | 6 |
| STL056490 | NO WORLD #6 10 COPY INCV (NET) | 5698 | ASPEN MLT INC | 1 | COMICS | 6 |
| STL050169 | BUBBLEGUN VOL 2 #3 10 COPY INC | 5698 | ASPEN MLT INC | 1 | COMICS | 5 |
| STL117316 | FATHOM VOL 3 #4 ASPENSTORE LMT | 5698 | ASPEN MLT INC | 1 | COMICS | 5 |
| STL157698 | SCOURGE #0 COMIC SDCC 2010 | 5698 | ASPEN MLT INC | 1 | COMICS | 5 |
| STL159767 | MINDFIELD #0 C2E2 2010 VAR | 5698 | ASPEN MLT INC | 1 | COMICS | 5 |
| STL126061 | ASPEN UNIVERSE DECIMATION #1 N | 5698 | ASPEN MLT INC | 1 | COMICS | 4 |
| STL162719 | PSYCHO BONKERS #2 (OF 5) CVR D | 5698 | ASPEN MLT INC | 1 | COMICS | 4 |
| STL154650 | SHRUGGED #1 WIZARD WORLD PHILL | 5698 | ASPEN MLT INC | 1 | COMICS | 3 |
| STL154695 | SHRUGGED VOL 1 #5 WW LA 2007 L | 5698 | ASPEN MLT INC | 1 | COMICS | 2 |
| STL067499 | BLACK PANTHER #25 ASPEN VAR | 5698 | ASPEN MLT INC | 1 | COMICS | 1 |

56216744.1 09/08/2025